**88-125.** State, ex rel. Dolhancyk, v. Russo. *Cuyahoga County,* No. 54533. Cause dismissed, on application of counsel for appellant, effective October 18, 1988.

**88-448.** State v. Crickon. *Sandusky County,* No. S-87-7. *Sua sponte,* cause dismissed for want of prosecution, effective September 14, 1988.

**88-1135.** Vondenhuvel v. Overhead Door Corp. *Allen County,* No. 1-86-23. Cause dismissed, on application of counsel for appellants, effective September 14, 1988.

**88-1469.** Sciannamblo v. Plaugher. *Preble County,* No. CA88-05-011. Cause dismissed, on application of counsel for appellants, effective September 14, 1988.

**88-1623.** Treuhaft v. Toledo Terminal RR. Co. *Lucas County,* No. L-87-375. Cause dismissed, on application of counsel for appellant, effective September 22, 1988.